IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| **ROADWAY EXPRESS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v | ) | |
| | ) | |
| **LUCKY COUNTRY, INC., d/b/a** | ) | CIVIL NO. 5:07-CV-029 |
| **AUSTRALIAN MANUFACTURING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motions for admission *pro hac vice* (#13) (#14) of Kenneth R. Hoffman and David M. Buffo of the law firm of Blackwell Sanders, LLP, 4801 Main Street, Suite 1000, Kansas City, Missouri 64112, (816)983-8000, to appear as counsel for the plaintiff in this matter filed on October 16, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motions are **ALLOWED**, and that Kenneth R. Hoffman and David M. Buffo are hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: October 17, 2007

Dennis L. Howell
United States Magistrate Judge