IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
**5:07cv29**

| | | |
|---|---|---|
| **ROADWAY EXPRESS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LUCKY COUNTRY, INC., d/b/a** | ) | |
| **Australian Manufacturing,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the court's Motion for Case Status. On December 4, 2007, the mediator filed a report indicating that this matter had settled and that defendant's counsel would file a voluntary dismissal with prejudice (by all parties) not later than December 15, 2007. Having considered the court's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that parties the court's Motion for Case Status is **GRANTED,** and that counsel for the respective parties either file a properly executed Rule 41 dismissal by February 22, 2008, or appear for a Final Pretrial Conference at 10:30 a.m. on February 28, 2008, in Asheville.

Signed: February 13, 2008

Dennis L. Howell
United States Magistrate Judge